**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:70-cv-392 |
| SCHOOL BOARD OF THE CITY OF SUFFOLK, et al.,<br>Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff United States of America (the "United States") and Defendant School Board of the City of Suffolk (the "District") hereby jointly stipulate that this matter is dismissed *with prejudice*, with each party to bear their respective fees and costs.

On May 27, 1970, the United States initiated this school desegregation lawsuit against then-Nansemond County Schools alleging the District maintained through its segregation policies a dual system of public schools. (Doc. 3, Ex. A). The Court approved a desegregation plan on October 18, 1971 (Doc. 3, Ex. B) and on May 26, 1978, permanently enjoined the District from discriminating on the basis of race or color in its employment decisions. (Doc. 3, Ex. D). On March 20, 2017, the Court entered an order (the "2017 Order") declaring that the District had satisfied its desegregation obligations in the *Green* factor areas of extracurricular activities, facilities, transportation, and faculty and staff assignment and withdrew its jurisdiction over the District's

operation of its schools in those areas. (Doc. 14). The 2017 Order also set forth the District's obligations regarding the remaining *Green* factor of student assignment.[1]

The District has demonstrated "successful implementation" of the provisions set forth in the 2017 Order and satisfied its broader desegregation obligations. *See* 2017 Order at 13. The District has implemented the remaining provisions of the 2017 Order and demonstrated its full and good faith compliance for a reasonable period of time. It has submitted annual reports to the Court and the United States and cooperated with the United States' monitoring efforts. The Parties believe the District has eliminated the vestiges of the prior *de jure* segregation to the extent practicable and achieved unitary status in the area of student assignment.

Accordingly, this matter is ripe for dismissal and therefore, the parties hereby jointly stipulate to the dismissal of this action *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

---

[1] One of those obligations – developing and implementing a student assignment plan for two new schools that furthered desegregation – was addressed in part through the Court's approval of the District's plan in an order entered on April 24, 2018. (Doc. 19).

**Dated: September 3, 2025**

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
United States Department of Justice
Civil Rights Division

ERIK S. SIEBERT
United States Attorney

*<u>/s/ Gregory W. Brown</u>*
GREGORY W. BROWN (VSB #36369)
Deputy Assistant Attorney General
PETER M. FEAMAN
Senior Counsel
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 532-4475
Gregory.Brown2@usdoj.gov

**Counsel for the Plaintiff**

*<u>/s/ Wendell M. Waller</u>*
WENDELL M. WALLER (VSB #23681)
Office of the School Board Attorney
100 North Main Street
P.O. Box 1549
Suffolk, VA 23439-1549
Phone: (757) 925-6752
Fax: (757) 925-2421
wendellwaller@spsk12.net

**Counsel for the Defendant**