IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,
Plaintiff,

v. Civil Action No. 2:70cv392

SCHOOL BOARD OF THE CITY OF
SUFFOLK, et al.,
Defendants.

**FINAL ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice, Dkt. No. 37, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that the dismissal is WITH PREJUDICE with each party to bear its own attorneys' fees and costs. The Court DIRECTS the Clerk to close the case.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: February 11, 2026